**Courtnay T. BRISSETT; Ladwin
Brissett, Plaintiffs–
Appellants,**

v.

**WELLS FARGO BANK, N.A.; Patricia
R. Callahan; Chicago Title Insurance
Company; Carolina East Realty, a/k/a
Carolina East Realty, LLC; Tripp
Bladford, a/k/a Royston D. Blandford,
III, Defendants–Appellees.**

No. 14–2089.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Courtnay T. Brissett, Ladwin Brissett, Appellants Pro Se. Christopher Wayne Jones, Jesse Andrew Schaefer, Womble Carlyle Sandridge & Rice, PLLC, Raleigh, North Carolina; Ryal Woodall Tayloe, Ward & Smith, PA, Wilmington, North Carolina; Donald Kirkman Phillips, Stuart Lee Stroud, Wallace, Morris, Barwick, Landis & Stroud, PA, Kinston, North Carolina, for Appellees.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtnay T. Brissett and Ladwin Brissett appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brissett v. Wells Fargo Bank, N.A.*, No. 4:13–cv–00243–D, 2014 WL 4798711 (E.D.N.C. Sept. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*